THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Nicholas Washington,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2004-UP-639
Submitted December 1, 2004  Filed December 
 16, 2004 

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster,  Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Mr. Washington appeals after pleading 
 guilty to one count of breaking and entering an automobile.  The circuit court 
 sentenced Washington to eighteen months of shock incarceration.  On appeal, 
 Washington argues his guilty plea failed to comply with the requirements set 
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Pursuant to Anders 
 v. California, 386 U.S. 738 (1967), Washingtons counsel attached a petition 
 to be relieved stating that she has reviewed the record and found the appeal 
 to be without merit.  Washington did not file a separate pro se 
 brief.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.  

APPEAL DISMISSED. 
 [1] 
 HEARN, C.J., GOOLSBY, and WILLIAMS, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.